**AFFIDAVIT OF SEAN M. MYERS**
**IN SUPPORT OF COMPLAINT FOR INJUNCTIVE RELEIF**

I, Sean M. Myers, J.D., being first duly sworn, deposes and says:

1. I am an adult of sound mind and body and am otherwise competent to testify to the allegations averred herein.

2. I make this affidavit based upon personal knowledge to which I could testify if called upon to do so.

3. I am a Citizen of the United States of America and the State of Michigan.

4. I am a registered voter in the Township of Berlin, County of Monroe, State of Michigan.

5. On June 25th, 2015, exercising my rights under Article II § 9 of the Constitution of Michigan of 1963 and the First Amendment to the United States Constitution, I signed a petition for the initiation of legislation to legalize and regulate marihuana in the State of Michigan, also known as the "MILegalize Petition." (**See ATTACHMENT A**).

6. On June 1, 2016, my signature was filed with the State of Michigan Board of Elections along with approximately 354,000 other signatures on 55,000 petition sheets.

7. 252,523 valid signatures were required to place the initiative on the ballot.

8. On June 9, 2016, the Board of Canvassers accepted a staff recommendation of the Board of Elections to deny the MILegalize Petition because MILegalize allegedly failed to submit enough signatures for ballot qualification due to more than 200,000 of the submitted signatures, including mine, being collected more than 180 days prior to submission based on a 1986 BOC policy.

9. I have learned through news stories and other sources that my signature was among those that were disqualified by the BOE and the BOC because I provided it more than 180 days before the submission of the signatures by MILegalize.

10. If I had re-signed the petition within the 180-day period prior to when the petition was filed with the BOE to ensure that my signature would be counted, I would have been guilty of violating election law.

11. If my signature, and the other 200,000 signatures that were collected more than 180 days prior to submission are not canvassed by the BOC, there is risk for immediate and irreparable injury because I will be deprived of the right to vote on this issue in the November General Election.

12. I also served as a circulator of the petitions and the actions of the defendants has resulted in the nullifying of my freedom of speech in regards thereto.


FURTHER AFFIANT SAITH NOT:

_____          _9/8/16_____
Sean M. Myers, J.D.                       Date

The foregoing instrument was acknowledged before me this 8th day of 09., 2016, in the County of __Wayne__ by Sean M. Myers, J.D., who is personally known to me and who did take an oath.

_____          _12/06/2020_____
Notary Public                             My Commission Expires

                    GUADALUPE MARTINEZ
                 NOTARY PUBLIC - MICHIGAN
                      WAYNE COUNTY
         MY COMMISSION EXPIRES 12/06/2020
                  ACTING IN WAYNE COUNTY

MCCLRC-104979.jpg

104979

# INITIATION OF LEGISLATION

An initiation of legislation to legalize and regulate marihuana and hemp cultivation, production, testing, sale, distribution, possession, and use for medical and nonmedical purposes; to provide for licensing of certain marihuana establishments; to provide certain rights to persons with a doctor's recommendation for the use of marihuana; to authorize collection of fees; to allow an excise tax on marihuana transfers at the point of sale; to provide for the powers and duties of certain state and local governmental officers and agencies; to authorize local units of government to adopt limited regulation of marihuana facilities and stores; and to require the promulgation of rules. This proposal is to be voted on in the November 8, 2016 General Election. THE FULL TEXT OF THE LEGISLATION TO BE INITIATED APPEARS ON THE REVERSE SIDE OF THIS PETITION.

We, the undersigned qualified and registered electors, residents in the county of __Monroe__, State of Michigan, respectively petition for initiation of legislation.

**WARNING** – A person who knowingly signs this petition more than once, signs a name other than his or her own, signs when not a qualified and registered elector, or sets opposite his or her signature on a petition, a date other than the actual date the signature was affixed, is violating the provisions of the Michigan election law.

| INDICATE CITY OR TOWNSHIP IN WHICH REGISTERED TO VOTE | | SIGNATURE | PRINTED NAME | STREET ADDRESS OR RURAL ROUTE | ZIP CODE | DATE OF SIGNING MO | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|
| CITY OF ☐ TOWNSHIP OF ☒ Berlin | 1. | [signature] | Sean Myers | 8618 Bomiea | 48166 | 6 | 25 | 15 |
| CITY OF ☐ TOWNSHIP OF ☐ | 2. | | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 3. | | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 4. | | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 5. | | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 6. | | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 7. | | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 8. | | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 9. | | | | | | | |
| CITY OF ☐ TOWNSHIP OF ☐ | 10. | | | | | | | |

## CERTIFICATE OF CIRCULATOR.

The undersigned circulator of the above petition asserts that he or she is 18 years of age or older and a United States citizen; that each signature on the petition was signed in his or her presence; that he or she has neither caused nor permitted a person to sign the petition more than once and has no knowledge of a person signing the petition more than once; and that, to his or her best knowledge and belief, each signature is the genuine signature of the person purporting to sign the petition, the person signing the petition was at the time of signing a registered elector of the city or township indicated preceding the signature, and the elector was qualified to sign the petition.

☐ If the circulator is not a resident of Michigan, the circulator shall make a cross or check mark in the box provided, otherwise each signature on this petition sheet is invalid and the signatures will not be counted by a filing official. By making a cross or check mark in the box provided, the undersigned circulator asserts that he or she is not a resident of Michigan and agrees to accept the jurisdiction of this state for the purpose of any legal proceeding or hearing that concerns a petition sheet executed by the circulator and agrees that legal process served on the secretary of state or a designated agent of the secretary of state has the same effect as if personally served on the circulator.

**WARNING** – A circulator knowingly making a false statement in the above certificate, a person not a circulator who signs as a circulator, or a person who signs a name other than his or her own as circulator is guilty of a misdemeanor.

**CIRCULATOR – Do not sign or date certificate until after circulating petition.**

[signature]
(Signature of Circulator)
Nicholas T. Zettell
(Printed Name of Circulator)
2251 Florian
(Complete Residence Address (Street and Number or Rural Route) Do not enter a post office box
Hamtramck, MI 48212
(City or Township, State, Zip Code)

09, 12, 2015
(Date)

(County of Registration, if Registered to Vote, of a Circulator who is not a Resident of Michigan)

PLAINTIFF'S EXHIBIT A
PENGAD 800-631-6989