## AFFIDAVIT OF DAKOTA B. SERNA
## IN SUPPORT OF COMPLAINT FOR INJUNCTIVE RELEIF

I, Dakota B. Serna, J.D., being first duly sworn, deposes and says:

1. I am an adult of sound mind and body and am otherwise competent to testify to the allegations averred herein.

2. I make this affidavit based upon personal knowledge to which I could testify if called upon to do so.

3. I am a Citizen of the United States of America and the State of Michigan.

4. I am a registered voter in the Diamondale, County of Eaton, State of Michigan.

5. In 2015, exercising my rights under Article II § 9 of the Constitution of Michigan of 1963 and the First Amendment to the United States Constitution, I circulated and signed a petition for the initiation of legislation to legalize and regulate marihuana in the State of Michigan, also known as the "MILegalize Petition."

6. On June 1, 2016, my signature was filed with the State of Michigan Board of Elections along with approximately 354,000 other signatures on 55,000 petition sheets.

7. 252,523 valid signatures were required to place the initiative on the ballot.

8. On June 9, 2016, the Board of Canvassers accepted a staff recommendation of the Board of Elections to deny the MILegalize Petition because MILegalize allegedly failed to submit enough signatures for ballot qualification due to more than 200,000 of the submitted signatures, including mine, being collected more than 180 days prior to submission based on a 1986 BOC policy.

9. I have learned through news stories and other sources that my signature was among those that were disqualified by the BOE and the BOC because I provided it more than 180 days before the submission of the signatures by MILegalize.

10. If I had re-signed the petition within the 180-day period prior to when the petition was filed with the BOE to ensure that my signature would be counted, I would have been guilty of violating election law.

11. If my signature, and the other 200,000 signatures that were collected more than 180 days prior to submission are not canvassed by the BOC, there is risk for immediate and irreparable injury because I will be deprived of the right to vote on this issue in the November General Election.

12. I also served as a circulator of the petitions and the actions of the defendants has resulted in the nullifying of my freedom of speech in regards thereto.

FURTHER AFFIANT SAITH NOT:

_____      9-8-16
Dakota B. Serna                        Date

The foregoing instrument was acknowledged before me this 8th day of Sept., 2016, in the County of Kalamazoo by Dakota B. Serna., who did take an oath.

Sheila A. Williams     2/17/20
Notary Public            My Commission Expires

SHEILA A. WILLIAMS
Notary Public, State of Michigan
County of Kalamazoo
My Commission Expires Feb. 17, 2020
Acting in the County of Kalamazoo