UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MICHAEL MYERS,
DAKOTA BLUE SERNA, PHIL
BELLFY, JEANNE DAY-LABO,
ANDRE GODWIN, ROBERT PAUL
WIMER III, and STEPHANIE MICHELLE
MAPES,

        Plaintiffs,

Civil Case No. 16-13255
Honorable Linda V. Parker

v.

RUTH JOHNSON MICHIGAN
SECRETARY OF STATE,
CHRISTOPHER THOMAS
DIRECTOR OF ELECTIONS, and
BOARD OF STATE CANVASSERS,

        Defendants.
_____/

## JUDGMENT

In this action, Plaintiffs challenge Michigan's requirement that a signature on a petition proposing an amendment to the state constitution or to initiate legislation must be made within 180 days of the petition's filing with the secretary of state. After Plaintiffs filed an Amended Complaint on September 28, 2016, Defendants filed a motion to dismiss. In an Opinion and Order entered on this date, the Court granted Defendants' motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 12, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 12, 2017, by electronic and/or U.S. First Class mail.

s/ Richard Loury
Case Manager
